**People of the State of Illinois, Plaintiff-Appellee, v. Albert Lavern Johnson, Defendant-Appellant.**

**Gen. No. 50,314. (Abstract of Decision.)**

First District, Second Division.

November 15, 1966.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**